David P Jacob, Esq (SBN 256374)
Law Office of David P. Jacob, P. C
5950 Canoga Avenue Suite 400
Woodland Hills, California 91367
Telephone: (213) 293-5931
Facsimile: (424) 217-1074
Email: david@dpjacob.com

Attorney for ARMANDO JIMENEZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH,<br><br>Debtor and Debtor in Possession | Chapter 11<br><br>Case No. 2:20-bk-11547-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a Limited Liability Corporation, ROMMY SHY, an individual, and BARRY SHY, an individual<br><br>Defendants. | Adv. No.: 2:20-ap-01623-BB<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) and 12(b)(6) WITH MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT**<br><br>**[Fed. R. Civ. P. 12(b)(1) & (6); Fed. R. Bankr. P. 7012]**<br><br>Date: November 17, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>255 East Temple Street<br>Los Angeles California 90012<br>Judge: Honorable Sheri Bluebond |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on November 17, 2020 at 2:00 p.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable Sheri Bluebond, United States Bankruptcy Judge at 255 East Temple Street, Courtroom 1539, Los Angeles,

California, or by government zoom remotely, check Judge Bluebond's website at www.cacb.uscourts.gov for details, where the Court will consider and act upon the above named Defendants' Motion to Dismiss Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure, Incorporating by Reference, Federal Rule of Civil Procedure Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks to dismiss adversary complaint of plaintiff, Gennady Moshkovich., for lack of subject matter jurisdiction and for failure state a claim upon which relief can be granted pursuant to Rule 7009 and 7012 of the Federal Rules of Bankruptcy Procedure, incorporating by reference, Fed R. Civ P. 12(b)(1), 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE**: Deadline for Opposition Papers: This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the above captioned attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

DATED: October 15, 2020

Respectfully submitted,

Law Offices of David P. Jacob, P.C.

David Jacob, Esq.
Attorney for Defendant

| | |
|---|---|
| **Gennady Moshkovich** vs. **BOBS LLC et al** | CHAPTER: **11**<br>CASE NUMBER: **2:20-ap-01623-BB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5950 Canoga Avenue Suite 400 Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) and 12(b)(6) WITH MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Todd M. Arnold, Esq (Plaintiff's Counsel):** tma@lnbyb.com;
**David B. Golubchik, Esq (Plaintiff's Counsel)**: dbg@lnbyb.com; stephanie@lnbyb.com
**David P. Jacob (Defendants' Counsel)**: david@dpjacob.com;
**United States Trustee (Los Angeles)**: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 15, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**(United States Bankruptcy Judge)**
Honorable Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, California 90012

**(Debtor's Counsel)**
David B. Golubchik, Esq
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd Suite 1700
Los Angeles, California 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page