David P Jacob, Esq (SBN 256374)
Law Office of David P. Jacob, P. C
5950 Canoga Avenue Suite 400
Woodland Hills, California 91367
Telephone: (213) 293-5931
Facsimile: (424) 217-1074
Email: david@dpjacob.com

Attorney for DEFENDANTS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH,<br><br>Debtor and Debtor in Possession | Chapter 11<br><br>Case No. 2:20-bk-11547-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a Limited Liability Corporation, ROMMY SHY, an individual, and BARRY SHY, an individual<br><br>Defendants. | Adv. No.: 2:20-ap-01623-BB<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) and 12(b)(6) WITH MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT**<br><br>**[Fed. R. Civ. P. 12(b)(1) & (6); Fed. R. Bankr. P. 7012]**<br><br>Date: November 17, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>255 East Temple Street<br>Los Angeles California 90012<br>Judge: Honorable Sheri Bluebond |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on November 17, 2020 at 2:00 p.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable Sheri Bluebond, United States Bankruptcy Judge at 255 East Temple Street, Courtroom 1539, Los Angeles,

California, or by government zoom remotely, check Judge Bluebond's website at www.cacb.uscourts.gov for details, where the Court will consider and act upon the above named Defendants' Motion to Dismiss Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure, Incorporating by Reference, Federal Rule of Civil Procedure Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks to dismiss adversary complaint of plaintiff, Gennady Moshkovich., for lack of subject matter jurisdiction and for failure state a claim upon which relief can be granted pursuant to Rule 7009 and 7012 of the Federal Rules of Bankruptcy Procedure, incorporating by reference, Fed R. Civ P. 12(b)(1), 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE**: Deadline for Opposition Papers: This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the above captioned attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

DATED: October 16, 2020

Respectfully submitted,

Law Offices of David P. Jacob, P.C.

David Jacob, Esq.
Attorney for Defendant