David P Jacob, Esq (SBN 256374)
Law Office of David P. Jacob, P. C
5950 Canoga Avenue Suite 400
Woodland Hills, California 91367
Telephone: (213) 293-5931
Facsimile: (424) 217-1074
Email: david@dpjacob.com

Attorney for Defendants

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 2:20-bk-11547-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br>vs.<br><br>BOBS, LLC, a Limited Liability Corporation, ROMMY SHY, an individual, and BARRY SHY, an individual | Adv. No.: 2:20-ap-01623-BB<br><br>**DEFENDANTS PROOF OF SERVICE RE DOCKET NUMBER 8.**<br><br>Date: November 17, 2020<br>Time: 2:00 p.m.<br>Courtroom: 1539<br>255 East Temple Street<br>Los Angeles California 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD AND ALL OTHER PARTIES IN INTEREST:**

Please find attached the proof of service intended for docket number 8 in this above titled adversary.

DATED: October 16, 2020

Respectfully Submitted,

David Jacob, Esq
Attorney for the Defendants

| | |
|---|---|
| **Gennady Moshkovich** vs. **BOBS LLC et al** | CHAPTER: **11**<br>CASE NUMBER: **2:20-ap-01623-BB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5950 Canoga Avenue Suite 400 Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) and 12(b)(6) WITH MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2020** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Todd M. Arnold, Esq (Plaintiff's Counsel):** tma@lnbyb.com;
**David B. Golubchik, Esq (Plaintiff's Counsel)**: dbg@lnbyb.com; stephanie@lnbyb.com
**David P. Jacob (Defendants' Counsel)**: david@dpjacob.com;
**United States Trustee (Los Angeles)**: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 16, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**(United States Bankruptcy Judge)**
Honorable Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, California 90012

**(Debtor's Counsel)**
David B. Golubchik, Esq
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd Suite 1700
Los Angeles, California 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| October 16, 2020 | **David P. Jacob** | /s/David P. Jacob |
| *Date* | *Printed Name* | *Signature* |