| Attorney or Party Name, Address, Telephone Number & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: dbg@lnbyb.com, tma@lnbyb.com<br><br>Attorneys for Plaintiff Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH,<br>Debtor. | Case No.: 2:20-bk-11547-BB<br><br>Chapter 7 Case<br><br>Adversary Case No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual, and BARRY SHY, an individual,<br><br>Defendants. | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>**DATE:** November 17, 2020<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** 1539<br>**ADDRESS:** 255 East Temple St. Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☐ Yes ☒ No
5. If your answer to any of the four preceding questions is anything other than an unqualified "YES", please explain below *(or on attached page)*: **Defendants' motion to dismiss (the "MTD") is scheduled for the same date and time as this status conference.**

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| TBD after hearing on MTD. | 1 month. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| TBD after hearing on MTD. | TBD after hearing on MTD. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| TBD after hearing on MTD. | TBD after hearing on MTD. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| TBD after hearing on MTD. | TBD after hearing on MTD. |

## C. TRIAL TIME:

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

| Plaintiff | Defendant |
|---|---|
| 1 day. | 1 day. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

| Plaintiff | Defendant |
|---|---|
| 3-4 | Same. |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Maximum 100 exhibits | Maximum 100 exhibits |

## D. PRE-TRIAL CONFERENCE:

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

**Plaintiff**
**Pre-trial conference** ☒ is ☐ is not **requested.**
**Reasons:** To narrow issues for trial and set scheduling.

**Defendant**
**Pre-trial conference** ☐ is ☒ is not **requested.**
**Reasons:**

**Plaintiff**
**Pre-trial conference should be set after:**
**(date)** TBD after MTD.

**Defendant**
**Pre-trial conference should be set after:**
**(date)** TBD after MTD.

## E. SETTLEMENT:

1. What is the status of settlement efforts?

The parties have discussed settlement but stalled.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time?

Plaintiff
☒ Yes ☐ No

Counsel to Defendant
☐ Yes ☒ No

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. <u>ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL</u>:** *(Use additional page if necessary.)*

Respectfully submitted,

| | |
|---|---|
| Dated: November 3, 2020<br><br>GENNADY MOSHKOVICH<br><br>*/s/ Todd M. Arnold*<br>DAVID B. GOLUBCHIK<br>TODD M. ARNOLD<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>Counsel for Debtor and Debtor in Possession | Dated: November 3, 2020<br><br>LAW OFFICE OF DAVID P. JACOB, P. C<br><br>[signature]<br>DAVID P JACOB, ESQ<br>Counsel to Defendants |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): ***JOINT STATUS REPORT LBR 7016-1(a)(2)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***November 3, 2020***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold tma@lnbyb.com
- David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- David Jacob david@dpjacob.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ***November 3, 2020***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***November 3, 2020***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2020 | Lourdes Cruz | */s/ :Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |