| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: dbg@lnbyb.com, tma@lnbyb.com<br><br>Attorneys for Plaintiff Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH, Debtor and Debtor in Possession, | Case No.: 2:20-bk-11547-BB<br><br>Chapter 11 Case<br><br>Adversary Case No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>v.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual, and BARRY SHY, an individual,<br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (title of motion)[1] **MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(B)(1) AND 12(B)(6)** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER RE: (1) DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) AND 12(b)(6) AND (2) STATUS CONFERENCE** was lodged on (date) **December 1, 2020** and is attached. This order relates to the motion which is docket number 4.

[1] Please abbreviate if title cannot fit into text field.

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dbg@lnbyb.com, tma@lnbyb.com

Attorneys for Plaintiff Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH,<br><br>Debtor and Debtor in Possession. | Case No.: 2:20-bk-11547-BB<br><br>Chapter 11 Case<br><br>Adversary Case No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>v.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual, and BARRY SHY, an individual,<br><br>Defendants. | **ORDER RE: (1) DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) AND 12(b)(6) AND (2) STATUS CONFERENCE**<br><br><u>Hearing</u><br>Date: November 17, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

At the above-referenced date, time, and location, the Court (1) held a hearing to consider the *Motion To Dismiss Complaint Under Federal Rule Of Procedure 12(b)(1) And 12(b)(6)* (the "Motion") [Dkt. 4] filed BOBS, LLC (the "BOBS"), Rommy Shy ("R. Shy"), and Barry Shy ("B. Shy"), the defendants herein (the "Defendants") and (2) conducted a status conference (the "Status Conference") in the above-captioned adversary proceeding (the "Adversary"). Appearances were made as set forth on the record of the Court.

Pursuant to the Motion, the Defendants were seeking to dismiss the *Complaint (1) For Declaratory Relief Regarding Entirety Of Alleged Lien And Secured Claim; (2) For Declaratory Relief Regarding A Portion Of Alleged Lien And Secured Claim; (3) For Declaratory Relief Regarding Applicable Interest Rate; (4) For Declaratory Relief Regarding Claim Reduction For Payments Made; (5) For Usury; (6) To Avoid Fraudulent Transfer; (7) For Elder Abuse; (8) Violation Of California Business And Professions Code Section 17200 Et Seq.; (9) Objecting To Claim; And (10) Injunctive Relief* (the "Complaint") [Dkt. 1] filed by Gennady Moshkovich, the Chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case and the plaintiff herein (the "Plaintiff"), and the ten Claims for Relief asserted pursuant to the Complaint (each a "CFR"))

Upon consideration of the Motion, the opposition to the Motion filed by the Plaintiff, the Defendants' reply to the opposition, the status conference report filed by the parties herein, the record in this Adversary, and the arguments and comments of counsel at the hearing on the Motion and the Status Conference, and based on the Court's tentative ruling and ruling on the record, which are incorporated herein,

IT IS HEREBY ORDERED as follows:

(1) The Motion is granted in part and denied in part as follows:

a. The Motion is granted in regard to the sixth CFR to avoid an alleged fraudulent obligation, but that CFR is dismissed with leave to amend;

b. The Motion is granted in regard to the seventh CFR for damages for elder abuse and that CFR is dismissed without leave to amend;

c. The Motion is denied with regard to all other CFRs;

d. The Plaintiff shall file an amended complaint consistent with the foregoing by no later than December 18, 2020; and

e. BOBS shall respond to the amended complaint by no later than January 8, 2021;

(2) The Status Conference is hereby continued to February 2, 2021 at 2:00 p.m., and the parties shall submit a joint status report by no later than January 19, 2021.

**IT IS SO ORDERED.**

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***December 1, 2020***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd M Arnold tma@lnbyb.com**
- **David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com**
- **David Jacob david@dpjacob.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On ***December 1, 2020***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***December 1, 2020,*** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| December 1, 2020 | Lourdes Cruz | */s/ Lourdes Cruz* |
| *Date* | *Printed Name* | *Signature* |