DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dbg@lnbyb.com, tma@lnbyb.com

Attorneys for Plaintiff Debtor and Debtor in Possession

FILED & ENTERED

DEC 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

GENNADY MOSHKOVICH,

Debtor and Debtor in Possession.

---

GENNADY MOSHKOVICH,

Plaintiff,

v.

BOBS, LLC, a California limited liability company, ROMMY SHY, an individual, and BARRY SHY, an individual,

Defendants.

Case No.: 2:20-bk-11547-BB

Chapter 11 Case

Adversary Case No.: 2:20-ap-01623-BB

**ORDER RE: (1) DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF PROCEDURE 12(b)(1) AND 12(b)(6) AND (2) STATUS CONFERENCE**

Hearing
Date: November 17, 2020
Time: 2:00 p.m.
Place: Courtroom 1539
255 E. Temple Street
Los Angeles, CA 90012

At the above-referenced date, time, and location, the Court (1) held a hearing to consider the *Motion To Dismiss Complaint Under Federal Rule Of Procedure 12(b)(1) And 12(b)(6)* (the "Motion") [Dkt. 4] filed BOBS, LLC (the "BOBS"), Rommy Shy ("R. Shy"), and Barry Shy ("B. Shy"), the defendants herein (the "Defendants") and (2) conducted a status conference (the "Status Conference") in the above-captioned adversary proceeding (the "Adversary"). Appearances were made as set forth on the record of the Court.

Pursuant to the Motion, the Defendants were seeking to dismiss the *Complaint (1) For Declaratory Relief Regarding Entirety Of Alleged Lien And Secured Claim; (2) For Declaratory Relief Regarding A Portion Of Alleged Lien And Secured Claim; (3) For Declaratory Relief Regarding Applicable Interest Rate; (4) For Declaratory Relief Regarding Claim Reduction For Payments Made; (5) For Usury; (6) To Avoid Fraudulent Transfer; (7) For Elder Abuse; (8) Violation Of California Business And Professions Code Section 17200 Et Seq.; (9) Objecting To Claim; And (10) Injunctive Relief* (the "Complaint") [Dkt. 1] filed by Gennady Moshkovich, the Chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case and the plaintiff herein (the "Plaintiff"), and the ten Claims for Relief asserted pursuant to the Complaint (each a "CFR"))

Upon consideration of the Motion, the opposition to the Motion filed by the Plaintiff, the Defendants' reply to the opposition, the status conference report filed by the parties herein, the record in this Adversary, and the arguments and comments of counsel at the hearing on the Motion and the Status Conference, and based on the Court's tentative ruling and ruling on the record, which are incorporated herein,

**IT IS HEREBY ORDERED as follows:**

(1) The Motion is **GRANTED IN PART and DENIED IN PART** as follows:

a. The Motion is **GRANTED** in regard to the sixth CFR to avoid an alleged fraudulent obligation, but that CFR is dismissed with leave to amend;

b. The Motion is **GRANTED** in regard to the seventh CFR for damages for elder abuse and that CFR is dismissed without leave to amend;

c. The Motion is **DENIED** with regard to all other CFRs;

d. The Plaintiff shall file and serve an amended complaint consistent with the foregoing by no later than **December 18, 2020**; and

**e.** BOBS shall respond to the amended complaint by no later than **January 8, 2021;**

**(2)** The Status Conference is hereby continued to **February 2, 2021 at 2:00 p.m.,** and the parties shall submit a joint status report by no later than **January 19, 2021.**

**IT IS SO ORDERED.**

###

Date: December 2, 2020

Sheri Bluebond
United States Bankruptcy Judge