| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas H. Casey – Bar No. 138264<br>LAW OFFICE OF THOMAS H. CASEY, INC.<br>A PROFESSIONAL CORPORATION<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA 92688<br>Telephone: (949) 766-8787<br>Facsimile: (949) 766-9896<br>Email: TomCasey@tomcaseylaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Heide Kurtz, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GENNADY MOSHKOVICH,<br><br>Debtor(s). | CASE NO.: 2:20-bk-11547-BB<br>ADVERSARY NO.: 2:20-ap-01623-BB<br>CHAPTER: 7 |
| GENNADY MOSHKOVICH,<br><br>Plaintiff(s).<br>vs.<br>BOBS, LLC, a California limited liability company, ROMY SHY, an individual and BARRY SHY, an individual<br><br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 02/02/2021<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

   On December 18, 2020, the DIP filed a first amended complaint [Doc 18]. On January 8, 2021, the Defendants filed a motion to dismiss adversary proceeding [Doc 19] and an answer to the first amended complaint [Doc 20]. On January 8, 2021, the main case was converted from a chapter 11 to one under chapter 7 and on January 11, 2021, Heide Kurtz ("Trustee") was subsequently appointed chapter 7 Trustee. The Trustee has reviewed the main case and adversary proceeding. Due to the approximately $2.56 million in capital gains taxes that will be generated from the sale of residential real property, the Trustee will be filing a motion to abandon the Debtor's residential real property and this adversary proceeding.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| | Plaintiff | Defendant |
|---|---|---|
| N/A | | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| | Plaintiff | Defendant |
|---|---|---|
| N/A | | |

3. When do you expect to complete your discovery efforts?

| | Plaintiff | Defendant |
|---|---|---|
| N/A | | |

4. What additional discovery do you require to prepare for trial?

| | Plaintiff | Defendant |
|---|---|---|
| N/A | | |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| | Plaintiff | Defendant |
|---|---|---|
| N/A | | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| | Plaintiff | Defendant |
|---|---|---|
| N/A | | |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
| --- | --- |
| N/A | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference ☐ is ☒ is not requested<br>Reasons: | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set after:<br>(*date*) ___________ | Pretrial conference should be set after:<br>(*date*) ___________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   None.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☐ Yes ☒ No | ☐ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

On December 18, 2020, the DIP filed a first amended complaint [Doc 18]. On January 8, 2021, the Defendants filed a motion to dismiss adversary proceeding [Doc 19] and an answer to the first amended complaint [Doc 20]. On January 8, 2021, the main case was converted from a chapter 11 to one under chapter 7 and on January 11, 2021, Heide Kurtz ("Trustee") was subsequently appointed chapter 7 Trustee. The Trustee has reviewed the main case and adversary proceeding. Due to the approximately $2.56 million in capital gains taxes that will be generated from the sale of residential real property, the Trustee will be filing a motion to abandon the Debtor's residential real property and this adversary proceeding.

The Trustee requests a continuance of the status conference for approximately 45 days to allow her time to obtain an order abandoning this adversary proceeding.

Respectfully submitted,

| | |
|---|---|
| Date: 01/19/2021 | Date: ____________ |
| The Law Office of Thomas H. Casey, Inc. | ______________________________ |
| Printed name of law firm | Printed name of law firm |
| [signature] | ______________________________ |
| Signature | Signature |
| Thomas H. Casey | ______________________________ |
| Printed name | Printed name |
| Proposed Attorney for: Heide Kurtz, Chapter 7 Trustee | Attorney for: ______________________________ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, CA 92688**

A true and correct copy of the foregoing document entitled (*specify*): **Unilateral Status Report (LBR 7016-1(a)(2))** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David Jacob david@dpjacob.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 19, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2021 | Kathy Driggers | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Debtor/Defendant**
Gennady Moshkovich
911 Loma Vista Drive
Beverly Hills, CA 90210

**Chapter 7 Trustee**
Heide Kurtz
2515 S. Western Avenue, #11
San Pedro, CA 90732