| Attorney or Party Name, Address, Telephone Number & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David P. Jacob (SBN 256374)**<br>**Law Offices of David P. Jacob P.C**<br>**5950 Canoga Avenue, Suite 400**<br>**Woodland Hills, California 91367**<br>**Telephone: (213) 293-5931**<br>**Facsimile: (424) 217-1074**<br>**Email: david@dpjacob.com**<br><br>Attorney for Defendants | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GENNADY MOSHKOVICH,<br>Debtor. | Case No.: 2:20-bk-11547-BB<br><br>Chapter 7 Case<br><br>Adversary Case No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual, and BARRY SHY, an individual,<br><br>Defendants. | **UNILATERAL STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>**DATE:** February 2, 2021<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** Government Zoom<br>**ADDRESS:** |

The Defendants submit the following STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No

3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES", please explain below *(or on attached page)*: **Individuals motion to dismiss (the "MTD") is scheduled for the same date and time as this status conference. Debtor's new counsel substituted in as counsel on January 15, 2021.**

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
| --- | --- |
| N/A.. | TBD pending forthcoming motion to abandon. . |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
| --- | --- |
| N/A. | TBD pending forthcoming motion to abandon. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
| --- | --- |
| N/A. | TBD pending forthcoming motion to abandon. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
| --- | --- |
| N/A | TBD pending forthcoming motion to abandon. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

| Plaintiff | Defendant |
| --- | --- |
| N/A | TBD pending forthcoming motion to abandon. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

| Plaintiff | Defendant |
| --- | --- |
| N/A | TBD pending forthcoming motion to abandon. . |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
| --- | --- |
| N/A | TBD pending forthcoming motion to abandon. |

**D. PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| **Plaintiff** | **Defendant** |
|---|---|
| **Pre-trial conference** ☐ is ☒ is not **requested.** | **Pre-trial conference** ☐ is ☒ is not **requested.** |
| **Reasons:** | **Reasons:** |

| **Plaintiff** | **Defendant** |
|---|---|
| **Pre-trial conference should be set after:** | **Pre-trial conference should be set after:** |
| **(date)** . | **(date)** |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

The Trustee requests a continuance of the status conference for approximately 45 days to allow her time to obtain an order abandoning this Adversary.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Counsel to Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | ☒ I do consent<br>☒ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.<br><br>**Only BOBS LLC consents to jurisdiction.** |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

The Defendants support the Trustee's efforts to abandon the Adversary and the Trustee's request for a continuance. The parties have cooperated in the preparation of a joint status report. Proposed Counsel's secure email server included marking Defendants' counsel's emails as spam, including an email with a signature page attachment. By the time the issue was found, a joint status report filing was too late. The Defendants believe that the parties have cooperated in the preparation of a joint status report and no declaration is needed pursuant to LBR 7016-1(a)(3).

Respectfully submitted,

| | |
|---|---|
| Dated: January 19, 2021<br><br>PROPOSED COUNSEL FOR THE TRUSTEE<br>OF THE ESTATE OF GENNADY MOSHKOVICH<br><br>__________________________<br>THOMAS H CASEY, ESQ<br>LAW OFFICES OF THOMAS H CASEY INC.<br>Proposed Counsel for Trustee | Dated: January 19, 2021<br><br>LAW OFFICE OF DAVID P. JACOB, P. C<br><br>/s/David P. Jacob___________<br>DAVID P JACOB, ESQ<br>Counsel to Defendants |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): ***UNILATERAL STATUS REPORT LBR 7016-1(a)(2)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***January 19, 2021***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas H Casey on behalf of Trustee HEIDE KURTZ: kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- David Jacob (Defendants' Counsel) david@dpjacob.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ***January 19, 2021***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**(United States Bankruptcy Judge)**
Per General Order 20-12 paper copies
under 25 pages are not required.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***January 19, 2021***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

David R. Haberbush, Esq (Debtor's Counsel) dhaberbush@ibnsolvency.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2021 | David P. Jacob | */s/ David P. Jacob* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |