Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Proposed Attorney for Heide Kurtz
Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENNADY MOSHKOVICH,<br><br>Debtor, | Case No. 2:20-bk-11547-BB<br><br>Chapter 7<br><br>Adv. No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,<br><br>Defendants. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br><u>Status Conference and Motion to Dismiss:</u><br>Date: February 2, 2021<br>Time: 2:00 p.m.<br>Ctrm: 1539<br>Address: 255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

This stipulation ("Stipulation") is entered into by and between Chapter 7 Trustee, Heide Kurtz, Chapter 7 Trustee ("Trustee"), by and through her proposed counsel, the Law Office of Thomas H. Casey, Inc., and Defendants BOBS, LLC, Rommy Shy and Barry Shy (collectively,

"Defendants") by and through their counsel of record The Law Office of David P. Jacob (the Trustee and Defendants collectively, the "Parties"):

**Background Facts.**

1. On February 12, 2020 ("Petition Date"), Gennady Moshkovich ("Debtor") filed a skeletal petition for relief under Chapter 11 of the Bankruptcy Code ("Petition").

2. An asset of the bankruptcy estate is real property located at 911 Loma Vista Drive, Beverly Hills, California 90210 ("Real Property").

3. On September 16, 2020, the Debtor filed a complaint against the holder of the second trust deed, BOBS, LLC, Rommy Shy and Barry Shy (collectively, "Defendants") for (1) Declaratory Relief Regarding Entirety of Alleged Lien and Secured Claim; (2) For Declaratory Relief Regarding a Portion of Alleged Lien and Secured Claim; (3) For Declaratory Relief Regarding Applicable Interest Rate; (4) For Declaratory Relief Regarding Claim Reduction for Payments Made; (5) For Usury; (6) To Avoid Fraudulent Transfer; (7) For Elder Abuse; (8) Violation of California Business and Professions Code Section 17200 et seq.; (9) Objecting to Claim; and (10) Injunctive Relief Commencing Adversary Case No. 2:20-ap-01623-BB ("Adversary Proceeding").

4. A first amended complaint was subsequently filed by the Debtor ("FAC").

5. The status conference in the instant Adversary Proceeding is currently scheduled for February 2, 2021 at 2:00 p.m.

6. On January 8, 2021, the Court entered an Order Converting Case to One Under Chapter 7 [Main Case Doc 192].

7. On January 8, 2021, the Defendants filed a Motion to Dismiss the FAC ("Motion to Dismiss"). The Motion to Dismiss is currently scheduled for hearing on February 2, 2021 at 2:00 p.m.

8. On January 11, 2021, Heide Kurtz filed her Notice of Appointment as Chapter 7 Trustee ("Trustee").

9. On January 21, 2021, The Trustee filed a Motion for order 1) authorizing abandonment of the estate's interest in real property located 911 Loma Vista Drive, Beverly Hills, CA 90210 per 11 U.S.C. §554; 2) authorizing abandonment of the estate's interest in the pending adversary proceeding per 11 U.S.C. §554; and 3) reconsidering the Order entered January 13, 2021 as to the Trustee on shortened time ("Motion to Abandon").

10. The Motion to Abandon requested authority for the Trustee to abandon the instant Adversary Proceeding.

11. The hearing on the Trustee's Motion to Abandon has been continued to February 24, 2021 at 11:00 a.m.

12. The Parties are currently in settlement discussions and require additional time to negotiate a potential settlement. In the interest of judicial economy, the Parties have agreed to continue the status conference and the hearing on the Motion to Dismiss to a date approximately two weeks after the February 24, 2021 hearing date on the Trustee's Motion to Abandon in the main case.

///

///

///

**STIPULATION.**

The Parties hereby stipulate that the Court enter an order continuing the status conference and Motion to Dismiss for approximately two weeks after February 24, 2021 to a date convenient to the Court's calendar.

LAW OFFICE OF THOMAS H. CASEY, INC.,
A Professional Corporation

Dated: January 29, 2021 By: ______________________

Thomas H. Casey, Attorney for Heide Kurtz, Chapter 7 Trustee for the estate of Gennady Moshkovich

THE LAW OFFICE OF DAVID P. JACOB

Dated: January ___, 2021 By: ______________________

David P. Jacob, Attorney for Defendants

**STIPULATION.**

The Parties hereby stipulate that the Court enter an order continuing the status conference and Motion to Dismiss for approximately two weeks after February 24, 2021 to a date convenient to the Court's calendar.

LAW OFFICE OF THOMAS H. CASEY, INC.,
A Professional Corporation

Dated: January ___, 2021 By: ______________________________
Thomas H. Casey, Attorney for Heide Kurtz, Chapter 7 Trustee for the estate of Gennady Moshkovich

THE LAW OFFICE OF DAVID P. JACOB

Dated: January 29, 2021 By: ______________________________
David P. Jacob, Attorney for Defendants

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, CA 92688**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Continue Status Conference and Hearing on Defendants' Motion to Dismiss** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 29, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas H Casey kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- David Jacob david@dpjacob.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 29, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 29, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Counsel for Debtor**: David Haberbush – email address: dhaberbush@lbinsolvency.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2021 | Kathy Driggers | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Debtor/Defendant**
Gennady Moshkovich
911 Loma Vista Drive
Beverly Hills, CA 90210

**Chapter 7 Trustee**
Heide Kurtz
2515 S. Western Avenue, #11
San Pedro, CA 90732