Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Proposed Attorney for Heide Kurtz
Chapter 7 Bankruptcy Trustee

FILED & ENTERED

MAR 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENNADY MOSHKOVICH,<br><br>Debtor, | Case No. 2:20-bk-11547-BB<br><br>Chapter 7<br><br>Adv. No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br><u>Current Status Conference and Motion to Dismiss:</u><br>Date: March 17, 2021<br>Time: 11:00 a.m.<br>Ctrm: 1539<br>Address: 255 East Temple Street<br>Los Angeles, CA 90012<br><br>**<u>Continued Status Conference and Motion to Dismiss:</u>**<br>Date: May 25, 2021<br>Time: 2:00 p.m.<br>Ctrm: 1539<br>Address: 255 East Temple Street<br>Los Angeles, CA 90012 |

A Stipulation to Continue Status Conference and Hearing on the Defendants' Motion to Dismiss ("Stipulation") entered into by and between Chapter 7 Trustee, Heide Kurtz ("Trustee"), by and through her proposed counsel, the Law Office of Thomas H. Casey, Inc., and Defendants BOBS, LLC, Rommy Shy and Barry Shy (collectively, "Defendants") by and through their counsel of record The Law Office of David P. Jacob was filed with the Clerk of the Court on March 11, 2021 as Dkt #30 and served on all interested parties on March 11, 2021.

The Court having considered the Stipulation, proper notice having been given and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED**; and,

2. The status conference and hearing on the Defendants' Motion to Dismiss is continued to **May 25, 2021 at 2:00 pm**.

####

Date: March 12, 2021

Sheri Bluebond
United States Bankruptcy Judge