Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Proposed Attorney for Heide Kurtz,
Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re | |
| | ) Case No. 2:20-bk-11547-BB |
| GENNADY MOSHKOVICH, | ) |
| | ) Chapter 7 |
| Debtor, | ) |
| | ) Adv. No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH | ) |
| Plaintiff, | ) **PROOF OF SERVICE OF ENTERED ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| vs. | ) |
| BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual, | ) Status Conference and Motion to Dismiss:<br>) Date: March 17, 2021<br>) Time: 11:00 a.m.<br>) Ctrm: 1539<br>) Address: 255 East Temple Street<br>) Los Angeles, CA 90012 |
| Defendants. | ) |
| | ) **Continued Status Conference and Motion to Dismiss:**<br>) Date: May 25, 2021<br>) Time: 2:00 p.m.<br>) Ctrm: 1539<br>) Address: 255 East Temple Street<br>) Los Angeles, CA 90012 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, CA 92688**

A true and correct copy of the foregoing document entitled (*specify*): **Order Approving Stipulation to Continue Status Conference and Hearing on Defendants' Motion to Dismiss** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **March 15, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 15, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Counsel for Debtor**: David Haberbush – email address: dhaberbush@lbinsolvency.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 15, 2021 | Kathy Driggers | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |