Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Attorney for Heide Kurtz
Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENNADY MOSHKOVICH,<br><br>Debtor, | Case No. 2:20-bk-11547-BB<br><br>Chapter 7<br><br>Adv. No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,<br><br>Defendants. | **STIPULATION TO DISMISS ADVERSARY PROCEEDING AND TAKING STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS OFF CALENDAR**<br><br><u>Current Status Conference and Motion to Dismiss:</u><br>Date: May 25, 2021<br>Time: 2:00 p.m.<br>Ctrm: 1539<br>Address: 255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

This stipulation ("Stipulation") is entered into by and between Chapter 7 Trustee, Heide Kurtz, Chapter 7 Trustee ("Trustee"), by and through her counsel of record, the Law Office of Thomas H. Casey, Inc., and Defendants BOBS, LLC, Rommy Shy and Barry Shy (collectively,

"Defendants") by and through their counsel of record The Law Office of David P. Jacob (the Trustee and Defendants collectively, the "Parties"):

**Background Facts.**

1. On February 12, 2020 ("Petition Date"), Gennady Moshkovich ("Debtor") filed a skeletal petition for relief under Chapter 11 of the Bankruptcy Code ("Petition").

2. On September 16, 2020, the Debtor filed a complaint against the holder of the second trust deed, BOBS, LLC, Rommy Shy and Barry Shy (collectively, "Defendants") for (1) Declaratory Relief Regarding Entirety of Alleged Lien and Secured Claim; (2) For Declaratory Relief Regarding a Portion of Alleged Lien and Secured Claim; (3) For Declaratory Relief Regarding Applicable Interest Rate; (4) For Declaratory Relief Regarding Claim Reduction for Payments Made; (5) For Usury; (6) To Avoid Fraudulent Transfer; (7) For Elder Abuse; (8) Violation of California Business and Professions Code Section 17200 et seq.; (9) Objecting to Claim; and (10) Injunctive Relief Commencing Adversary Case No. 2:20-ap-01623-BB ("Adversary Proceeding").

3. A first amended complaint was subsequently filed by the Debtor ("FAC").

4. On January 8, 2021, the Court entered an Order Converting Case to One Under Chapter 7 [Main Case Doc 192].

5. On January 8, 2021, the Defendants filed a Motion to Dismiss the FAC ("Motion to Dismiss").

6. On January 11, 2021, Heide Kurtz filed her Notice of Appointment as Chapter 7 Trustee ("Trustee").

7. The status conference and the hearing on the Motion to Dismiss are currently set to be heard on May 25, 2021 at 2:00 p.m.

8. On March 26, 2021, the Trustee filed a Motion for Order 1) Approving Compromise of Controversy Between BOBS, LLC and the Trustee Pursuant to Federal Rule of Bankruptcy Procedure 9019; and Amended Motion for Order 2) Authorizing Abandonment of the Estate's Interest in Real Property Located 911 Loma Vista Drive, Beverly Hills, CA 90210 ("Real Property") per 11 U.S.C. §554 (Main Case Doc 282) ("Motion").

9. Pursuant to Order entered May 3, 2021, the Court approved the Trustee's Motion (Main Case Doc 329).

10. A term of the Court approved settlement agreement between the Trustee and Defendants is that the Trustee will request dismissal of the Adversary Proceeding, with prejudice.

**STIPULATION.**

The Parties hereby stipulate to the following:

1. The instant Adversary Proceeding is dismissed, with prejudice; and,
2. The status conference and hearing on the Defendants' Motion to Dismiss scheduled for May 25, 2021 at 2:00 p.m. are taken off calendar.

LAW OFFICE OF THOMAS H. CASEY, INC.,
A Professional Corporation

Dated: May 7, 2021 By: Thomas H. Casey

Thomas H. Casey, Attorney for Heide Kurtz, Chapter 7 Trustee for the estate of Gennady Moshkovich

THE LAW OFFICE OF DAVID P. JACOB

Dated: May 6, 2021 By: ______________

David P. Jacob, Attorney for Defendants

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, CA 92688**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Dismiss Adversary Proceeding and Taking Status Conference and Hearing on Defendants' Motion to Dismiss Off Calendar** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 7, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas H Casey kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- David Jacob david@dpjacob.com
- Heide Kurtz (TR) trustee@hkurtzco.com, C169@ecfcbis.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **May 7, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 7, 2021 | Kathy Driggers | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Debtor/Defendant**
Gennady Moshkovich
911 Loma Vista Drive
Beverly Hills, CA 90210

**Attorney for Debtor**
David R. Haberbush, Esq.
Haberbush, LLP
444 West Ocean Blvd., Suite 1400
Long Beach, CA 90802

**Debtor's Prior Counsel**
David Golubchik, Esq.
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**BOBS Counsel**
David Jacob, Esq.
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367-5037

**Attorney for NVSI, Inc.**
Joshua L. Scheer, Esq.
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656