| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Thomas H. Casey – Bar No. 138264<br>LAW OFFICE OF THOMAS H. CASEY, INC.<br>A PROFESSIONAL CORPORATION<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA 92688<br>Telephone: (949) 766-8787<br>Facsimile: (949) 766-9896<br>Email: TomCasey@tomcaseylaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Heide Kurtz, Ch. 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GENNADY MOSHKOVICH,<br><br>Debtor(s). | CASE NO.: 2:20-bk-11547-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff(s),<br>vs.<br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): Stipulation to Dismiss Adversary Proceeding and Taking Status Conference and Hearing on Defendants' Motion to Dismiss Off Calendar |

PLEASE TAKE NOTE that the order or judgment titled Order Approving Stipulation to Dismiss Adversary Proceeding and Taking Status Conference and Hearing on Defendants' Mtn to Dismiss Off Calendar was lodged on (*date*) 05/07/2021 and is attached. This order relates to the motion which is docket number 35.

[1] Please abbreviate if title cannot fit into text field.

# Exhibit A

Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Attorney for Heide Kurtz
Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENNADY MOSHKOVICH,<br><br>Debtor, | Case No. 2:20-bk-11547-BB<br><br>Chapter 7<br><br>Adv. No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING AND TAKING STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS OFF CALENDAR**<br><br><u>Current Status Conference and Motion to Dismiss:</u><br>Date: May 25, 2021<br>Time: 2:00 p.m.<br>Ctrm: 1539<br>Address: 255 East Temple Street<br>Los Angeles, CA 90012 |

A Stipulation to Dismiss Adversary Proceeding and Taking Status Conference and Hearing on the Defendants' Motion to Dismiss Off Calendar ("Stipulation") entered into by and between Chapter 7 Trustee, Heide Kurtz ("Trustee"), by and through her counsel of record, the Law Office of Thomas H. Casey, Inc., and Defendants BOBS, LLC, Rommy Shy and Barry Shy (collectively, "Defendants") by and through their counsel of record The Law Office of David P.

Jacob was filed with the Clerk of the Court on May 7, 2021 as Dkt #35 and served on all interested parties on May 7, 2021.

The Court having considered the Stipulation, proper notice having been given and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The adversary proceeding is dismissed.

3. The status conference and hearing on the Defendants' Motion to Dismiss scheduled for May 25, 2021 at 2:00 p.m. are taken off calendar.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**22342 Avenida Empresa, Suite 245, Rancho Santa Margarita, CA 92688**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment of Order or Judgment in Adversary Proceeding** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 7, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas H Casey kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- David Jacob david@dpjacob.com
- Heide Kurtz (TR) trustee@hkurtzco.com, C169@ecfcbis.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **May 7, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 7, 2021 | Kathy Driggers | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Debtor**
Gennady Moshkovich
911 Loma Vista Drive
Beverly Hills, CA 90210

**Attorney for Debtor**
David R. Haberbush, Esq.
Haberbush, LLP
444 West Ocean Blvd., Suite 1400
Long Beach, CA 90802

**Debtor's Prior Counsel**
David Golubchik, Esq.
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

**BOBS Counsel**
David Jacob, Esq.
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367-5037

**Attorney for NVSI, Inc.**
Joshua L. Scheer, Esq.
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656