Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Attorney for Heide Kurtz
Chapter 7 Bankruptcy Trustee

FILED & ENTERED

MAY 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENNADY MOSHKOVICH,<br><br>Debtor, | Case No. 2:20-bk-11547-BB<br><br>Chapter 7<br><br>Adv. No.: 2:20-ap-01623-BB |
| GENNADY MOSHKOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING AND TAKING STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS OFF CALENDAR**<br><br><u>Current Status Conference and Motion to Dismiss:</u><br>Date: May 25, 2021<br>Time: 2:00 p.m.<br>Ctrm: 1539<br>Address: 255 East Temple Street<br>Los Angeles, CA 90012 |

A Stipulation to Dismiss Adversary Proceeding and Taking Status Conference and Hearing on the Defendants' Motion to Dismiss Off Calendar ("Stipulation") entered into by and between Chapter 7 Trustee, Heide Kurtz ("Trustee"), by and through her counsel of record, the Law Office of Thomas H. Casey, Inc., and Defendants BOBS, LLC, Rommy Shy and Barry Shy (collectively, "Defendants") by and through their counsel of record The Law Office of David P.

Jacob was filed with the Clerk of the Court on May 7, 2021 as Dkt #35 and served on all interested parties on May 7, 2021.

The Court having considered the Stipulation, proper notice having been given and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED**.

2. The adversary proceeding is **DISMISSED**.

3. The status conference and hearing on the Defendants' Motion to Dismiss scheduled for May 25, 2021 at 2:00 p.m. are taken **OFF CALENDAR.**

###

Date: May 7, 2021

Sheri Bluebond
United States Bankruptcy Judge