United States Bankruptcy Court

Central District of California

Moshkovich,
Plaintiff

Adv. Proc. No. 20-01623-BB

Bobs, LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: May 07, 2021 Form ID: pdf031 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Barry Shy, 1024 Summit Dr, Beverly Hills, Ca 90210-2815 |
| dft | + | Bobs, LLC, Attn: Romy Shy, Manager & Agent, for Service of Process, 600 S. Spring St, # 106, Los Angeles, Ca 90014-1979 |
| pla | + | Gennady Moshkovich, 911 Loma Vista Dr., Beverly Hills, CA 90210-2618 |
| dft | + | Rommy Shy, 600 S. Spring St, # 106, Los Angeles, Ca 90014-1979 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Jacob | on behalf of Defendant Barry Shy david@dpjacob.com |
| David Jacob | on behalf of Defendant Rommy Shy david@dpjacob.com |
| David Jacob | on behalf of Defendant Bobs LLC david@dpjacob.com |

| | |
|---|---|
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyb.com stephanie@lnbyb.com |
| Heide Kurtz (TR) | trustee@hkurtzco.com C169@ecfcbis.com |
| Thomas H Casey | on behalf of Trustee Heide Kurtz (TR) kdriggers@tomcaseylaw.com msilva@tomcaseylaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Attorney for Heide Kurtz
Chapter 7 Bankruptcy Trustee

FILED & ENTERED

MAY 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / LOS ANGELES DIVISION

In re

GENNADY MOSHKOVICH,

Debtor,

GENNADY MOSHKOVICH,

Plaintiff,

vs.

BOBS, LLC, a California limited liability company, ROMMY SHY, an individual and BARRY SHY, an individual,

Defendants.

Case No. 2:20-bk-11547-BB

Chapter 7

Adv. No.: 2:20-ap-01623-BB

**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING AND TAKING STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS OFF CALENDAR**

<u>Current Status Conference and Motion to Dismiss:</u>
Date: May 25, 2021
Time: 2:00 p.m.
Ctrm: 1539
Address: 255 East Temple Street
Los Angeles, CA 90012

A Stipulation to Dismiss Adversary Proceeding and Taking Status Conference and Hearing on the Defendants' Motion to Dismiss Off Calendar ("Stipulation") entered into by and between Chapter 7 Trustee, Heide Kurtz ("Trustee"), by and through her counsel of record, the Law Office of Thomas H. Casey, Inc., and Defendants BOBS, LLC, Rommy Shy and Barry Shy (collectively, "Defendants") by and through their counsel of record The Law Office of David P.

Jacob was filed with the Clerk of the Court on May 7, 2021 as Dkt #35 and served on all interested parties on May 7, 2021.

The Court having considered the Stipulation, proper notice having been given and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED**.

2. The adversary proceeding is **DISMISSED**.

3. The status conference and hearing on the Defendants' Motion to Dismiss scheduled for May 25, 2021 at 2:00 p.m. are taken **OFF CALENDAR.**

###

Date: May 7, 2021

Sheri Bluebond
United States Bankruptcy Judge